**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 99 EAL 2022

           Respondent                :

                                  :    Petition for Allowance of Appeal

                                  :    from the Order of the Superior Court

             v.                     :

                                  :

COLE HERRING,                      :

           Petitioner                  :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 30th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.